**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)*

Chapter you are filing under:

☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| **Part 1:** | **Identify Yourself** |
| --- | --- |

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Vivian<br>First name<br><br>Middle name<br><br>Acevedo-Fonseca<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | AKA Vivian Fonseca | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2357 | |

Debtor 1   Vivian Acevedo-Fonseca                                   Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | EIN | EIN |

**5.   Where you live**

About Debtor 1:

21 Laurelwood Drive
Bernardsville, NJ 07924
Number, Street, City, State & ZIP Code

Somerset
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.**   Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.   Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    Vivian Acevedo-Fonseca                                         Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐  Chapter 7
☒  Chapter 11
☐  Chapter 12
☐  Chapter 13

**8.  How you will pay the fee**

☒  **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐  **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐  **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.  Do you rent your residence?**

☒ No.    Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

　　☐  No. Go to line 12.

　　☐  Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    Vivian Acevedo-Fonseca                                                    Case number *(if known)*

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No.      Go to Part 4.

☐ Yes.     Name and location of business

_____

Name of business, if any

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐     Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐     Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐     Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐     Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐     None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.      I am not filing under Chapter 11.

☒ No.      I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.
☐ Yes.

What is the hazard?            _____

If immediate attention is needed, why is it needed?    _____

Where is the property?         _____

Number, Street, City, State & Zip Code

---

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 4

| Debtor 1 | Vivian Acevedo-Fonseca | Case number *(if known)* | |

---

**Part 5:** **Explain Your Efforts to Receive a Briefing About Credit Counseling**

| **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.  If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    Vivian Acevedo-Fonseca                                    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☒ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☒ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Vivian Acevedo-Fonseca
_____          _____
Vivian Acevedo-Fonseca                           Signature of Debtor 2
Signature of Debtor 1

Executed on    April 22, 2026                       Executed on  _____
MM / DD / YYYY                                              MM / DD / YYYY

Official Form 101            **Voluntary Petition for Individuals Filing for Bankruptcy**            page 6

Debtor 1   Vivian Acevedo-Fonseca _____     Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.   I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Andy Winchell _____          Date   April 22, 2026 _____
Signature of Attorney for Debtor                                      MM / DD / YYYY

Andy Winchell 025062009 _____
Printed name

Law Offices of Andy Winchell PC _____
Firm name

90 Washington Valley Road
Bedminster, NJ 07921 _____
Number, Street, City, State & ZIP Code

Contact phone   (973) 457-4710 _____          Email address   katharine@winchlaw.com _____

025062009 NJ _____
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Vivian Acevedo-Fonseca |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.   11 U.S.C. § 101.   Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest.   Do Not Include Claims by Insiders. |
|---|---|

**Unsecured claim**

**1**

Affirm Inc
650 California Street
San Francisco, CA 94108

**What is the nature of the claim?**   Unsecured line of credit - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*     $8,618.66

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Contact

Contact phone

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:        -
        Unsecured claim

**2**

Ally Financial

**What is the nature of the claim?**   2020 Ford Mustang-TurboBoost 70,000 milesVehicle in good condition KBB Valuation $20,140 21 Laurelwood Drive, Bernardsville, NJ 07924     $266.14

B104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 1

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    Vivian Acevedo-Fonseca _____    Case number *(if known)* _____

Attn: Bankruptcy
Po Box 380901
Bloomington, MN 55438

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☒ Yes. Total claim (secured and unsecured)    $20,406.14
　　　　Value of security:    - $20,140.00
　　　　Unsecured claim    $266.14

Contact

Contact phone

---

**3**

**What is the nature of the claim?**    Unsecured line of credit - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*    $19,462.00

Best Egg
PO Box 42912
Philadelphia, PA 19101-2912

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
　　　　Value of security:    -
　　　　Unsecured claim

Contact

Contact phone

---

**4**

**What is the nature of the claim?**    Credit card - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*    $6,359.00

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
　　　　Value of security:    -
　　　　Unsecured claim

Contact

Contact phone

---

**5**

**What is the nature of the claim?**    Credit card - disputed as to the amount of late fees, overlimit fees,    $19,710.00

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2026 Best Case, LLC    - www.bestcase.com    Best Case Bankruptcy

Debtor 1      Vivian Acevedo-Fonseca                                          Case number *(if known)*

█

Chase Card Services
PO Box 15369
Wilmington, DE 19850-5369

interest fees, late
charges or any other
additional fees or
charges*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
　　　Value of security:                     -
　　　Unsecured claim

_____ Contact

_____ Contact phone

---

█ 6

Comenity/Alphaeoncos
PO Box 182120
Columbus, OH 43218-2120

**What is the nature of the claim?**          Credit card - disputed      $2,753.00
as to the amount of late
fees, overlimit fees,
interest fees, late
charges or any other
additional fees or
charges*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
　　　Value of security:                     -
　　　Unsecured claim

_____ Contact

_____ Contact phone

---

█ 7

Discover Financial
PO Box 30939
Salt Lake City, UT 84130-0939

**What is the nature of the claim?**          Credit card - disputed      $16,428.00
as to the amount of late
fees, overlimit fees,
interest fees, late
charges or any other
additional fees or
charges*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)

_____ Contact

(800) 347-2683

　　　Value of security:                     -

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    **Page 3**

Software Copyright (c) 1996-2026 Best Case, LLC    - www.bestcase.com    Best Case Bankruptcy

Debtor 1     Vivian Acevedo-Fonseca                 Case number *(if known)* _____

Contact phone                   Unsecured claim          _____

---

**8**

Fortiva
P.O. Box 790156
Saint Louis, MO 63179

**What is the nature of the claim?**    Credit card - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*    $1,362.98

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:    - _____
       Unsecured claim    _____

Contact _____

Contact phone _____

---

**9**

Goodleap LLC.
1410 SW Morrison St
Portland, OR 97205-1930

**What is the nature of the claim?**    Unsecured line of credit - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*    $14,815.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)    _____

Contact _____

(916) 475-1255
Contact phone

       Value of security:    - _____
       Unsecured claim    _____

---

**10**

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

**What is the nature of the claim?**    Federal Income taxes over 3 years old - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*    $153,855.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    **Page 4**

Software Copyright (c) 1996-2026 Best Case, LLC    - www.bestcase.com            Best Case Bankruptcy

Debtor 1    Vivian Acevedo-Fonseca _____      Case number (if known) _____

☒     None of the above apply

**Does the creditor have a lien on your property?**

☒     No
☐     Yes. Total claim (secured and unsecured)
                     Value of security:              - _____
                     Unsecured claim                    _____

Contact

Contact phone

---

**11**

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

**What is the nature of the claim?**   Income Taxes          $46,467.00

**As of the date you file, the claim is:** Check all that apply
☐     Contingent
☐     Unliquidated
☐     Disputed
☒     None of the above apply

**Does the creditor have a lien on your property?**

☒     No
☐     Yes. Total claim (secured and unsecured)
                     Value of security:              - _____
                     Unsecured claim                    _____

Contact

Contact phone

---

**12**

Mohela/dofed
633 Spirit Dr
Chesterfield, MO 63005-1243

**What is the nature of the claim?**   Educational - disputed       $191,173.00
as to the amount of late
fees, overlimit fees,
interest fees, late
charges or any other
additional fees or
charges*

**As of the date you file, the claim is:** Check all that apply
☐     Contingent
☐     Unliquidated
☐     Disputed
☒     None of the above apply

**Does the creditor have a lien on your property?**

☒     No
☐     Yes. Total claim (secured and unsecured)
                     Value of security:              - _____
                     Unsecured claim                    _____

Contact

Contact phone

---

**13**

NetCredit
175 W Jackson Blvd
Suite 600
Chicago, IL 60604-2615

**What is the nature of the claim?**   Unsecured line of credit     $6,656.00
- disputed as to the
amount of late fees,
overlimit fees, interest
fees, late charges or
any other additional
fees or charges*

**As of the date you file, the claim is:** Check all that apply
☐     Contingent
☐     Unliquidated
☐     Disputed
☒     None of the above apply

---

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     **Page 5**

Software Copyright (c) 1996-2026 Best Case, LLC   - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    Vivian Acevedo-Fonseca _____ Case number *(if known)* _____

_____

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)

Contact

Value of security: - _____

Contact phone

Unsecured claim _____

---

**14**

**What is the nature of the claim?** Unsecured line of credit - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*    $18,464.00

Onemain
PO Box 1010
Evansville, IN 47706-1010

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured) _____

Contact

(844) 298-9773

Contact phone

Value of security: - _____
Unsecured claim _____

---

**15**

**What is the nature of the claim?** Unsecured line of credit - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*    $8,344.00

Prosper Funding LLC
221 Main St
Suite 300
San Francisco, CA 94105-1906

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured) _____

Contact

(415) 593-5400

Contact phone

Value of security: - _____
Unsecured claim _____

---

**16**

**What is the nature of the claim?** Medical - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*    $1,431.09

---

Software Copyright (c) 1996-2026 Best Case, LLC    - www.bestcase.com                                   Best Case Bankruptcy

Debtor 1    Vivian Acevedo-Fonseca      Case number *(if known)*

RWJ Barnabas Health
Attn: Billing
1 Robert Wood Johnson Place
New Brunswick, NJ 08901

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:     -
     Unsecured claim

Contact

Contact phone

---

**17**

**What is the nature of the claim?**    Credit card - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*    $3,221.00

Synchrony Bank/Care Credit
PO Box 71757
Philadelphia, PA 19176

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:     -
     Unsecured claim

Contact

Contact phone

---

**18**

**What is the nature of the claim?**    Credit card - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*    $1,449.00

Synchrony/Paypal Credit
PO Box 71727
Philadelphia, PA 19176

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:     -
     Unsecured claim

Contact

Contact phone

---

**19**

**What is the nature of the claim?**    Unsecured line of credit - disputed as to the    $3,014.00

B 104 (Official Form 104)     **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     **Page 7**

Software Copyright (c) 1996-2026 Best Case, LLC   - www.bestcase.com     Best Case Bankruptcy

Debtor 1   Vivian Acevedo-Fonseca                               Case number *(if known)*

amount of late fees,
overlimit fees, interest
fees, late charges or
any other additional
fees or charges*

Truist Bank
600 W Broadway
Ste 2000
San Diego, CA 92101-3358

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact

☒ No
☐ Yes. Total claim (secured and unsecured)

(877) 596-5407
Contact phone

Value of security:       -
Unsecured claim

---

20

Upgrade, Inc.
2 N Central Ave
Floor 10
Phoenix, AZ 85004-2322

**What is the nature of the claim?**    Unsecured line of credit    $7,285.00
- disputed as to the
amount of late fees,
overlimit fees, interest
fees, late charges or
any other additional
fees or charges*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact

☒ No
☐ Yes. Total claim (secured and unsecured)

Contact phone

Value of security:       -
Unsecured claim

---

| Part 2: | **Sign Below** |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X    /s/ Vivian Acevedo-Fonseca                    X
     Vivian Acevedo-Fonseca                           Signature of Debtor 2
     Signature of Debtor 1

Date    April 22, 2026                    Date

B 104 (Official Form 104)      **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      **Page 8**

Software Copyright (c) 1996-2026 Best Case, LLC   - www.bestcase.com                      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Vivian Acevedo-Fonseca |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information     **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

| Part 1: | Summarize Your Assets |
|---|---|

|  | **Your assets** Value of what you own |
|---|---|

1.  **Schedule A/B: Property** (Official Form 106A/B)
    1a. Copy line 55, Total real estate, from Schedule A/B................................................................ $ 1,400,000.00

    1b. Copy line 62, Total personal property, from Schedule A/B....................................................... $ 166,414.28

    1c. Copy line 63, Total of all property on Schedule A/B................................................................ $ 1,566,414.28

| Part 2: | Summarize Your Liabilities |
|---|---|

|  | **Your liabilities** Amount you owe |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $ 1,318,141.14

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ $ 46,467.00

    3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ $ 487,725.47

    **Your total liabilities** $ 1,852,333.61

| Part 3: | Summarize Your Income and Expenses |
|---|---|

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of *Schedule I*............................................................... $ 15,735.42

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of *Schedule J*............................................................... $ 14,505.58

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ☒ Yes

7.  **What kind of debt do you have?**

    ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1    Vivian Acevedo-Fonseca                                        Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                    $            26,713.54

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** |  |
| 9a. Domestic support obligations (Copy line 6a.) | $            0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $         46,467.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $            0.00 |
| 9d. Student loans. (Copy line 6f.) | $        191,173.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $            0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$            0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $        237,640.00 |

In re    **Vivian Acevedo-Fonseca**                                                                    Case No. _____
                                                    Debtor(s)

## NOTICE TO PARTIES IN INTEREST

**Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated". The Debtor reserves the right to dispute or to assert setoff rights, counterclaims or defenses to any claim reflected on its Schedules as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated". Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts.    Further, the claims of individual creditors for, among other things, merchandise, good, services, or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor.    In reviewing and signing the Schedules and Statements, the Debtor has necessarily used the statements and representations of one or more of their creditors, debt collectors, debt buyers, collection attorneys and other parties.    The Debtor has not been able to personally verify the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.**

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | Vivian Acevedo-Fonseca |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                12/15

In each category, separately list and describe items. List an asset only once.   If an asset fits in more than one category, list the asset in the category where you think it fits best.   Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.   **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes.   Where is the property?

1.1

21 Laurelwood Drive
Street address, if available, or other description

Bernardsville          NJ      07924
City                State      ZIP Code

Somerset
County

**What is the property?** Check all that apply

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

5BR 6BA 5534 square foot single family home
Debtor's residence

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,400,000.00 | $1,400,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Tenancy by entirety

☐ **Check if this is community property** (see instructions)

2.   **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**

| $1,400,000.00 |
|---|

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1 ___Vivian Acevedo-Fonseca_____    Case number *(if known)* _____

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| 3.1 | Make: | Land Rover | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1
Make: Land Rover
Model: Range Rover Velar
Year: 2024
Approximate mileage: 28,000
Other information:

Vehicle in very good condition
KBB Valuation $49,400
21 Laurelwood Drive,
Bernardsville, NJ 07924

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$49,400.00      $49,400.00

3.2
Make: BMW
Model: 3-series sedan
Year: 2016
Approximate mileage: 114,000
Other information:

Vehicle in good condition
KBB Valuation $4890
21 Laurelwood Drive,
Bernardsville, NJ 07924

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$4,890.00      $4,890.00

3.3
Make: Ford
Model: Mustang-TurboBoost
Year: 2020
Approximate mileage: 70,000
Other information:

Vehicle in good condition
KBB Valuation $20,140
21 Laurelwood Drive,
Bernardsville, NJ 07924

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$20,140.00      $20,140.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5 **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................................=>**    $74,430.00

**Part 3:**  **Describe Your Personal and   Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes.   Describe.....

Stove/Oven, Sub-Zero Marvel refrigerator/freezer, Washer/Dryer, Microwave, Cooking utensils, cookware and flatware, Dining room table and 8 chairs, Kitchen table and chairs, Living room furniture, Bedroom furniture (5), Home office furniture
21 Laurelwood Drive, Bernardsville, NJ 07924    $8,000.00

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy

Debtor 1    Vivian Acevedo-Fonseca            Case number *(if known)* _____

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes.    Describe.....

   | | |
   |---|---|
   | 5 Televisions, 1 Laptop computer for personal use 21 Laurelwood Drive, Bernardsville, NJ 07924 | $750.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No
   ☐ Yes.    Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☒ Yes.    Describe.....

   | | |
   |---|---|
   | Pool table, Air hockey table, 2 video games 21 Laurelwood Drive, Bernardsville, NJ 07924 | $1,000.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes.    Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes.    Describe.....

    | | |
    |---|---|
    | Clothing and miscellaneous accessories for one adult, one young adult, and two children 21 Laurelwood Drive, Bernardsville, NJ 07924 | $500.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☒ Yes.    Describe.....

    | | |
    |---|---|
    | Apple Watch, Woman's wedding band, Earrings, miscellaneous costume jewelry items 21 Laurelwood Drive, Bernardsville, NJ 07924 | $1,800.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☒ Yes.    Describe.....

    | | |
    |---|---|
    | 2 pet dogs 21 Laurelwood Drive, Bernardsville, NJ 07924 | $1.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes.    Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

    | |
    |---|
    | $12,051.00 |

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | Vivian Acevedo-Fonseca | Case number *(if known)* | |
|---|---|---|---|

**16.  Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☒ No
☐ Yes........................................................................................................................................

**17.  Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
institutions. If you have multiple accounts with the same institution, list each.
☐ No
☒ Yes........................

Institution name:
PNC Bank
Personal checking account
Account #xxxxxx3356

| | 17.1. | Checking | New Account | $22,446.00 |
|---|---|---|---|---|

**18.  Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☐ No
☒ Yes.................

Institution or issuer name:
Fidelity Investments
Personal investment account
Account #xxxxxx204                                               $369.28

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership,
and joint venture**
☒ No
☐ Yes.   Give specific information about them...................
Name of entity:                                         % of ownership:

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☒ No
☐ Yes. Give specific information about them
Issuer name:

**21.  Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
☒ Yes. List each account separately.

Type of account:               Institution name:
Fidelity Investments
T. Rowe Price
Targeted Retirement Fund
Account #xxxxxx357                                            $57,108.00

**22.  Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☒ No
☐ Yes. ......................          Institution name or individual:

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes.............          Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☒ No
☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☒ No
☐ Yes.   Give specific information about them...

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No

| Official Form 106A/B | Schedule A/B: Property | page 4 |
|---|---|---|

Debtor 1    Vivian Acevedo-Fonseca            Case number *(if known)* _____

☐ Yes.   Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☒ No
☐ Yes.   Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

                                                         _____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☒ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,   workers' compensation, Social Security benefits; unpaid loans you made to someone else
☒ No
☐ Yes.   Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
☒ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Term life insurance provided through employer Prudential life Death benefit 7x salary | Debtor's minor children | $1.00 |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☒ No
☐ Yes.   Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☒ No
☐ Yes.   Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☒ No
☐ Yes.   Describe each claim.........

35. **Any financial assets you did not already list**
☐ No
☒ Yes.   Give specific information..

| | |
|---|---|
| Bristol-Myers Squibb 318 Unvested Restricted Stock Units Units have no value until March 10, 2027 | $1.00 |
| Bristol-Myers Squibb 227 Unvested Restricted Stock Units Units have no value until March 10, 2028 | $1.00 |

Official Form 106A/B                 Schedule A/B: Property                page 5

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    Vivian Acevedo-Fonseca _____    Case number *(if known)* _____

| | |
|---|---|
| Bristol-Myers Squibb<br>95 Unvested Restricted Stock Units<br>Units have no value until March 10, 2029 | $1.00 |

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................................................** | $79,927.28 |

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes.   Go to line 38.

**Part 6**:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes.   Go to line 47.

**Part 7:**    Describe All Property You Own or Have an Interest in That You Did Not List Above

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☐ No
☒ Yes. Give specific information.........

| | |
|---|---|
| If the value claimed above is equal to or greater than the actual full value of the asset as stated in Schedules A and B, or the value it is greater than debtor's equity in such asset as shown by Schedules A, B and D, then the Debtor(s) claim the entire asset at its full value as completely exempt up to any applicable statutory limitation for the purposes of the rules as established in Schwab v Reilly and In re Orton. | $0.00 |
| For the avoidance of doubt, listing assets as having $1 value is intended to represent the values of contingent or unknown assets in accordance with the 11th Circuit's opinion in In re Green, 31 F.3d 1098 (11th Cir. 1994) rather than to state an actual value of $1 as interpreted by the Third Circuit in In re Orton 687 F.3d 612, (3d Cir 2012). | $0.00 |
| Potential claims against creditors | $1.00 |
| Potential personal injury settlement including, but not limited to, any claims for medical bills and lost wages. | $1.00 |
| Potential Social Security | $1.00 |
| Potential Unemployment | $1.00 |
| Potential Workman's Comp | $1.00 |
| Potential Disability | $1.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                 Best Case Bankruptcy

Debtor 1    Vivian Acevedo-Fonseca                                    Case number *(if known)*

The debtor(s) elects all exemptions to which the debtor(s) is entitled under applicable state or federal law as of the date of the filing of the petition at the place where the debtor's domicile has been located for the 730 days immediately preceding the date of the filing of the petition, or if the debtor's domicile has not been located in a single state for such 730 day period, the place in which the debtor's domicile was located for 180 days immediately preceding the 730 day period or for a longer portion of the 180 day period than in any other place. If no state exemptions are available, the debtor(s) elects all exemption under 11 U.S.C. Section 522. The debtor(s) does not claim any exemption in any amount greater than permitted by the applicable exemption law.

$0.00

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    $6.00

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ...........................................................................................................    $1,400,000.00

56. **Part 2: Total vehicles, line 5**    $74,430.00

57. **Part 3: Total personal and household items, line 15**    $12,051.00

58. **Part 4: Total financial assets, line 36**    $79,927.28

59. **Part 5: Total business-related property, line 45**    $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $0.00

61. **Part 7: Total other property not listed, line 54**    +    $6.00

62. **Total personal property.** Add lines 56 through 61...    $166,414.28    Copy personal property total    $166,414.28

63. **Total of all property on Schedule A/B**. Add line 55 + line 62    $1,566,414.28

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify your case:**

| Debtor 1 | Vivian Acevedo-Fonseca | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☒ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 2016 BMW 3-series sedan 114,000 miles<br>Vehicle in good condition<br>KBB Valuation $4890<br>21 Laurelwood Drive, Bernardsville, NJ 07924<br>Line from *Schedule A/B*: 3.2 | $4,890.00 | ☒      $4,890.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Stove/Oven, Sub-Zero Marvel refrigerator/freezer, Washer/Dryer, Microwave, Cooking utensils, cookware and flatware, Dining room table and 8 chairs, Kitchen table and chairs, Living room furniture, Bedroom furniture (5), Home office furniture<br>21 Laurelwood Drive, Bernardsville, NJ 07924<br>Line from *Schedule A/B*: 6.1 | $8,000.00 | ☒      $8,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| 5 Televisions, 1 Laptop computer for personal use<br>21 Laurelwood Drive, Bernardsville, NJ 07924<br>Line from *Schedule A/B*: 7.1 | $750.00 | ☒      $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | Vivian Acevedo-Fonseca | | Case number (if known) | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Pool table, Air hockey table, 2 video games<br>21 Laurelwood Drive, Bernardsville, NJ 07924<br>Line from *Schedule A/B*: 9.1 | $1,000.00 | ☒ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Clothing and miscellaneous accessories for one adult, one young adult, and two children<br>21 Laurelwood Drive, Bernardsville, NJ 07924<br>Line from *Schedule A/B*: 11.1 | $500.00 | ☒ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Apple Watch, Woman's wedding band, Earrings, miscellaneous costume jewelry items<br>21 Laurelwood Drive, Bernardsville, NJ 07924<br>Line from *Schedule A/B*: 12.1 | $1,800.00 | ☒ $1,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| 2 pet dogs<br>21 Laurelwood Drive, Bernardsville, NJ 07924<br>Line from *Schedule A/B*: 13.1 | $1.00 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| PNC Bank<br>Personal checking account<br>Account #xxxxxx3356<br>New Account<br>Line from *Schedule A/B*: 17.1 | $22,446.00 | ☒ $17,102.72<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Fidelity Investments<br>Personal investment account<br>Account #xxxxxx204<br>Line from *Schedule A/B*: 18.1 | $369.28 | ☒ $369.28<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Fidelity Investments<br>T. Rowe Price<br>Targeted Retirement Fund<br>Account #xxxxxx357<br>Line from *Schedule A/B*: 21.1 | $57,108.00 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| Term life insurance provided through employer<br>Prudential life<br>Death benefit 7x salary<br>Line from *Schedule A/B*: 31.1 | $1.00 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(7) |
| Bristol-Myers Squibb<br>318 Unvested Restricted Stock Units<br>Units have no value until March 10, 2027<br>Line from *Schedule A/B*: 35.1 | $1.00 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | Vivian Acevedo-Fonseca | | | Case number (if known) | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Bristol-Myers Squibb<br>227 Unvested Restricted Stock Units<br>Units have no value until March 10, 2028<br>Line from *Schedule A/B*: 35.2 | $1.00 | ☐<br>☒ | 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Bristol-Myers Squibb<br>95 Unvested Restricted Stock Units<br>Units have no value until March 10, 2029<br>Line from *Schedule A/B*: 35.3 | $1.00 | ☐<br>☒ | 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Potential claims against creditors<br>Line from *Schedule A/B*: 53.3 | $1.00 | ☐<br>☒ | 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(11) |
| Potential personal injury settlement including, but not limited to, any claims for medical bills and lost wages.<br>Line from *Schedule A/B*: 53.4 | $1.00 | ☐<br>☒ | 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(11)(E) |
| Potential personal injury settlement including, but not limited to, any claims for medical bills and lost wages.<br>Line from *Schedule A/B*: 53.4 | $1.00 | ☐<br>☒ | 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(11)(D) |
| Potential Social Security<br>Line from *Schedule A/B*: 53.5 | $1.00 | ☐<br>☒ | 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(A) |
| Potential Unemployment<br>Line from *Schedule A/B*: 53.6 | $1.00 | ☐<br>☒ | 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(C) |
| Potential Unemployment<br>Line from *Schedule A/B*: 53.6 | $1.00 | ☐<br>☒ | 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(A) |
| Potential Workman's Comp<br>Line from *Schedule A/B*: 53.7 | $1.00 | ☐<br>☒ | 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(11)(E) |
| Potential Disability<br>Line from *Schedule A/B*: 53.8 | $1.00 | ☐<br>☒ | 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(C) |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☒ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Vivian Acevedo-Fonseca |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.   If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|
| **2.1** Ally Financial | $20,406.14 | $20,140.00 | $266.14 |

Creditor's Name

Describe the property that secures the claim:

2020 Ford Mustang-TurboBoost
70,000 miles
Vehicle in good condition KBB
Valuation $20,140 21 Laurelwood
Drive, Bernardsville, NJ 07924

Attn: Bankruptcy
Po Box 380901
Bloomington, MN 55438
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)     Auto Loan

Date debt was incurred   01/2026          Last 4 digits of account number   2397

| | Column A | Column B | Column C |
|---|---|---|---|
| **2.2** Capital One Auto Finance | Notice Only | $4,890.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

2016 BMW 3-series sedan 114,000
miles
Vehicle in good condition KBB
Valuation $4890 21 Laurelwood Drive,
Bernardsville, NJ 07924

Attn: Bankruptcy
7933 Preston Road
Plano, TX 75024
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)     Auto Loan

Date debt was incurred   2020-01          Last 4 digits of account number   1001

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   Vivian Acevedo-Fonseca   Case number (if known) _____
  First Name      Middle Name      Last Name

| 2.3 | Central Loan Administration/CENLAR | Describe the property that secures the claim: | $149,826.00 | $1,400,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**
21 Laurelwood Drive, Bernardsville, NJ 07924
Somerset County 5BR 6BA 5534 square foot single family home
Debtor's residence

PO Box 77404
Ewing, NJ 08628-6404
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)   Home Equity Line of Credit

Date debt was incurred   2021-07        Last 4 digits of account number   6693

---

| 2.4 | Chase Auto Finance | Describe the property that secures the claim: | $50,762.00 | $49,400.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**
2024 Land Rover Range Rover Velar 28,000 miles
Vehicle in very good condition KBB Valuation $49,40021 Laurelwood Drive, Bernardsville, NJ 07924

700 Kansas Ln
LA4-4025
Monroe, LA 71203
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)   Auto Loan

Date debt was incurred   2023-12        Last 4 digits of account number   3515

---

| 2.5 | Pennymac Loan Services, LLC | Describe the property that secures the claim: | $731,238.00 | $1,400,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**
21 Laurelwood Drive, Bernardsville, NJ 07924
Somerset County 5BR 6BA 5534 square foot single family home
Debtor's residence

PO Box 514387
Los Angeles, CA 90051-4387
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)   First Mortgage

Date debt was incurred   2021-05        Last 4 digits of account number   7441

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankrutcy

Debtor 1  Vivian Acevedo-Fonseca
      First Name      Middle Name      Last Name

Case number (if known)

| 2.6 | Unlock Technology | | $365,909.00 | $1,400,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

21 Laurelwood Drive, Bernardsville, NJ 07924
Somerset County 5BR 6BA 5534 square foot single family home
Debtor's residence

1230 W. Washington Street
Suite 310
Tempe, AZ 85288

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)   Non-Purchase Money Security

Date debt was incurred  11/2024     Last 4 digits of account number   UNKN

| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,318,141.14 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,318,141.14 |

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[  ]
Name, Number, Street, City, State & Zip Code
CENLAR
Attn: Bankruptcy
425 Phillips Blvd
Ewing, NJ 08618-1430

On which line in Part 1 did you enter the creditor?  2.3

Last 4 digits of account number ___

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 3

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify your case:**

| Debtor 1 | Vivian Acevedo-Fonseca | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.   Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ☒ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number | 2357 | $46,467.00 | $46,467.00 | $0.00 |

Priority Creditor's Name
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**When was the debt incurred?**    2022

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
Income Taxes

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ☒ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | Total claim |
|---|---|

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   Vivian Acevedo-Fonseca _____     Case number (if known) _____

| 4.1 | Affirm Inc | Last 4 digits of account number | MLOV | $8,618.66 |

**Affirm Inc**
Nonpriority Creditor's Name
650 California Street
San Francisco, CA 94108
Number Street City State Zip Code

**Last 4 digits of account number**  MLOV

**When was the debt incurred?**  2025-07

$8,618.66

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Unsecured line of credit - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

☐ Yes                    ☒ Other. Specify

---

**Atlantic Health System**  (4.2)
Nonpriority Creditor's Name
P.O. Box 21385
New York, NY 10087-1385
Number Street City State Zip Code

**Last 4 digits of account number**  7271

**When was the debt incurred?**  2025-2026

$984.93

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Medical - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

☐ Yes                    ☒ Other. Specify

---

**Barclays Bank Delaware**  (4.3)
Nonpriority Creditor's Name
PO Box 8803
Wilmington, DE 19899-8803
Number Street City State Zip Code

**Last 4 digits of account number**  6610

**When was the debt incurred?**  2011-11

Notice Only

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Credit card - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

☐ Yes                    ☒ Other. Specify

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   Vivian Acevedo-Fonseca _____     Case number (if known) _____

| 4.4 | Best Egg | Last 4 digits of account number | 1961 | $19,462.00 |

Nonpriority Creditor's Name
PO Box 42912
Philadelphia, PA 19101-2912

**When was the debt incurred?**   2023-04

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Unsecured line of credit - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

☐ Yes     ☒ Other. Specify

---

| 4.5 | Business Revenue Systems Inc. | Last 4 digits of account number | 4754 | $416.48 |

Nonpriority Creditor's Name
3030 Lake Ave.
Suite 20
Fort Wayne, IN 46805

**When was the debt incurred?**   2024-04

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Medical - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

☐ Yes     ☒ Other. Specify

---

| 4.6 | Capital One | Last 4 digits of account number | 1124 | $6,359.00 |

Nonpriority Creditor's Name
PO Box 31293
Salt Lake City, UT 84131-0293

**When was the debt incurred?**   2003-12

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Credit card - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

☐ Yes     ☒ Other. Specify

---

| Debtor 1 | Vivian Acevedo-Fonseca | | Case number (if known) | |
|---|---|---|---|---|

---

**4.7** | **Capital One Auto Finance**

Nonpriority Creditor's Name

7933 Preston Road
Plano, TX 75024

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number**  1001

**When was the debt incurred?**  2024-07

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Loan against former vehicle no longer in Debtor's possession - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

☒ Other. Specify

**Notice Only**

---

**4.8** | **Chase Card Services**

Nonpriority Creditor's Name

PO Box 15369
Wilmington, DE 19850-5369

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number**  1821

**When was the debt incurred?**  2022-07

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Credit card - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

☒ Other. Specify

**$19,710.00**

---

**4.9** | **Cherry Technologies Inc**

Nonpriority Creditor's Name

2261 Market St
Suite 4869
San Francisco, CA 94114-1612

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number**  8551

**When was the debt incurred?**  2024-04

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Unsecured line of credit - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

☒ Other. Specify

**$1,249.00**

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor 1   Vivian Acevedo-Fonseca _____   Case number (if known) _____

---

**4.10**

Comenity/Alphaeoncos
Nonpriority Creditor's Name
PO Box 182120
Columbus, OH 43218-2120
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number**   3729 _____

**When was the debt incurred?**   2023-09 _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

$2,753.00

---

**4.11**

Discover Financial
Nonpriority Creditor's Name
PO Box 30939
Salt Lake City, UT 84130-0939
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number**   3380 _____

**When was the debt incurred?**   2009-06 _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

$16,428.00

---

**4.12**

First Energy Corp.
Nonpriority Creditor's Name
341 White Pond Drive
Akron, OH 44320
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number**   4EF8 _____

**When was the debt incurred?**   2025 _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Utilities - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

Notice Only

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   Vivian Acevedo-Fonseca                                    Case number (if known)

**4.1 3**

Fortiva
Nonpriority Creditor's Name
P.O. Box 790156
Saint Louis, MO 63179
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number**  1169

**When was the debt incurred?**  2026-01

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

$1,362.98

---

**4.1 4**

Goodleap LLC.
Nonpriority Creditor's Name
1410 SW Morrison St
Portland, OR 97205-1930
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number**  4970

**When was the debt incurred?**  2022-07

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Unsecured line of credit - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

$14,815.00

---

**4.1 5**

Greensky, LLC.
Nonpriority Creditor's Name
5565 Glenridge Connector
Atlanta, GA 30342-4756
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number**  1027

**When was the debt incurred?**  2018-05

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Unsecured line of credit - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

Notice Only

---

Debtor 1  Vivian Acevedo-Fonseca _____   Case number (if known) _____

**4.1 6**

Impact Medical
Nonpriority Creditor's Name
44 State Route 33
Suite 6
Riverdale, NJ 07457
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☒ No


☐ Yes

| | |
|---|---|
| **Last 4 digits of account number** 6370 | $75.23 |
| **When was the debt incurred?** 2025 | |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  Medical - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

**4.1 7**

Internal Revenue Service
Nonpriority Creditor's Name
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☒ No


☐ Yes

| | |
|---|---|
| **Last 4 digits of account number** 2357 | $153,855.00 |
| **When was the debt incurred?** 2019-2020 | |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  Federal Income taxes over 3 years old - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

**4.1 8**

Mohela/dofed
Nonpriority Creditor's Name
633 Spirit Dr
Chesterfield, MO 63005-1243
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

| | |
|---|---|
| **Last 4 digits of account number** 0703 | $191,173.00 |
| **When was the debt incurred?** 2021-01-04 | |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Educational - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor 1   Vivian Acevedo-Fonseca                                    Case number (if known) _____

---

**4.19**

Morristown Medical Center
Nonpriority Creditor's Name
100 Madison Avenue
Morristown, NJ 07960
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number**   7780                    $56.25

**When was the debt incurred?**   2025

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
Medical - disputed as to the amount of late fees, overlimit fees, interest fees, late charges
☒ Other. Specify   or any other additional fees or charges*

---

**4.20**

NetCredit
Nonpriority Creditor's Name
175 W Jackson Blvd
Suite 600
Chicago, IL 60604-2615
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number**   0711                    $6,656.00

**When was the debt incurred?**   2023-09

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
Unsecured line of credit - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees
☒ Other. Specify   or charges*

---

**4.21**

Onemain
Nonpriority Creditor's Name
PO Box 1010
Evansville, IN 47706-1010
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number**   6975                    $18,464.00

**When was the debt incurred?**   2025-09

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
Unsecured line of credit - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees
☒ Other. Specify   or charges*

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   Vivian Acevedo-Fonseca                                    Case number (if known)

| 4.2 2 | Prosper Funding LLC | Last 4 digits of account number | 9499 | $8,344.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
221 Main St
Suite 300
San Francisco, CA 94105-1906

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**   2022-01

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Unsecured line of credit - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*
☒ Other. Specify

---

| 4.2 3 | PSE&G | Last 4 digits of account number | 0A74 | Notice Only |
|---|---|---|---|---|

Nonpriority Creditor's Name
Attn: Bankruptcy
P.O. Box 709
Newark, NJ 07101-0709

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**   2025

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Utilities - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*
☒ Other. Specify

---

| 4.2 4 | RWJ Barnabas Health | Last 4 digits of account number | 9786 | $1,431.09 |
|---|---|---|---|---|

Nonpriority Creditor's Name
Attn: Billing
1 Robert Wood Johnson Place
New Brunswick, NJ 08901

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**   2025

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Medical - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*
☒ Other. Specify

---

Debtor 1   Vivian Acevedo-Fonseca                                    Case number (if known) _____

---

**4.25**

Steven Moskowitz, MD
Nonpriority Creditor's Name
556 Central Avenue
New Providence, NJ 07974
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number**   3793

**When was the debt incurred?**   2025-02

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Medical - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

$152.85

---

**4.26**

Synchrony Bank/Care Credit
Nonpriority Creditor's Name
PO Box 71757
Philadelphia, PA 19176
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number**   0579

**When was the debt incurred?**   2019-10

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

$3,221.00

---

**4.27**

Synchrony/Paypal Credit
Nonpriority Creditor's Name
PO Box 71727
Philadelphia, PA 19176
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number**   6257

**When was the debt incurred?**   2008-12

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

$1,449.00

---

Debtor 1  Vivian Acevedo-Fonseca                                    Case number (if known)

| 4.28 | Truist Bank | Last 4 digits of account number | 3770 | $3,014.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
600 W Broadway
Ste 2000
San Diego, CA 92101-3358

**When was the debt incurred?** 2020-09

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Unsecured line of credit - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

☐ Yes                                    ☒ Other. Specify

---

| 4.29 | Upgrade, Inc. | Last 4 digits of account number | 3012 | $7,285.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
2 N Central Ave
Floor 10
Phoenix, AZ 85004-2322

**When was the debt incurred?** 2025-03

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Unsecured line of credit - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

☐ Yes                                    ☒ Other. Specify

---

| 4.30 | Upstart Finance | Last 4 digits of account number | 2578 | Notice Only |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO Box 1503
San Carlos, CA 94070-7503

**When was the debt incurred?** 2022-11

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Unsecured line of credit - disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges*

☐ Yes                                    ☒ Other. Specify

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   Vivian Acevedo-Fonseca _____   Case number (if known) _____

---

**4.3 1**

| | | |
|---|---|---|
| Wells Fargo Bank NA | Last 4 digits of account number   0712 | Notice Only |

Nonpriority Creditor's Name

PO Box 393
Minneapolis, MN 55480-0393

**When was the debt incurred?**   2009-06-22

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☒ No

Credit card - disputed as to the amount of late fees, overlimit fees, interest fees, late charges

☐ Yes

☒ Other. Specify   or any other additional fees or charges*

---

**4.3 2**

| | | |
|---|---|---|
| Wells Fargo Bank, N.A. | Last 4 digits of account number   0001 | $390.00 |

Nonpriority Creditor's Name

P.O. Box 393
Minneapolis, MN 55480

**When was the debt incurred?**   2026-01

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☒ No

Credit card - disputed as to the amount of late fees, overlimit fees, interest fees, late charges

☐ Yes

☒ Other. Specify   or any other additional fees or charges*

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Atlantic Health System<br>P.O. Box 35610<br>Newark, NJ 07193-5610 | Line 4.2 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| BCA Financial Services<br>18001 Old Cutler Road<br>Suite 462<br>Miami, FL 33157 | Line 4.24 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          2037 |
| Capital One<br>AttN: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Line 4.6 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          1473 |
| Chase Card Services<br>Attn: Bankruptcy | Line 4.8 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  Vivian Acevedo-Fonseca _____      Case number (if known) _____

PO Box 15299
Wilmington, DE 19850-5299

| Last 4 digits of account number | 1201 |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Coast Professional, Inc.<br>P.O. Box 425<br>Geneseo, NY 14454 | Line 2.1 of (Check one):<br>☒ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

| Last 4 digits of account number | 1584 |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Coast Professional, Inc.<br>P.O. Box 425<br>Geneseo, NY 14454 | Line 4.17 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

| Last 4 digits of account number | 0094 |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Discover Financial<br>Attn: Bankruptcy<br>PO Box 30943<br>Salt Lake City, UT 84130-0943 | Line 4.11 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

| Last 4 digits of account number | |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Envision Healthcare<br>P.O. Box 5047<br>Oak Brook, IL 60522 | Line 4.19 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

| Last 4 digits of account number | |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Goodleap LLC.<br>Attn: Bankruptcy Department<br>8781 Sierra College Blvd<br>Roseville, CA 95661-5920 | Line 4.14 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

| Last 4 digits of account number | |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Lightstream by Truist<br>P.O. Box 117320<br>Atlanta, GA 30368 | Line 4.28 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

| Last 4 digits of account number | |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Radius Global Solutions LLC<br>P.O. Box 390915<br>Minneapolis, MN 55439 | Line 4.19 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

| Last 4 digits of account number | 2471 |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| RWJ Barnabas Health<br>2 Crescent Place<br>Oceanport, NJ 07757 | Line 4.24 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

| Last 4 digits of account number | |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Truist Bank<br>Attn: Bankruptcy<br>214 N Tryon St<br>Charlotte, NC 28202-1078 | Line 4.28 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

| Last 4 digits of account number | |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Upgrade, Inc.<br>Attn: Bankruptcy<br>275 Battery St<br>Fl 23<br>San Francisco, CA 94111-3305 | Line 4.29 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

| Last 4 digits of account number | |
|---|---|

Official Form 106 E/F            Schedule E/F: Creditors Who Have Unsecured Claims            Page 13 of 14

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Debtor 1   Vivian Acevedo-Fonseca                                    Case number (if known) _____

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.   Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each
     type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 46,467.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 46,467.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 191,173.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 296,552.47 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 487,725.47 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

In re      **Vivian Acevedo-Fonseca**                                                        Case No. _____

Debtor(s)

## SCHEDULE E/F - CREDITORS WHO HAVE UNSECURED CLAIMS
### Attachment A

**\* For all credit card accounts listed on the above Schedule F, the debtor adds the following FDCPA DISPUTE notice and Request For Statutory Disclosure:**

**Debtor, according to 15 U.S.C. §§ 1692g and 1692e, disputes the total amount of the debt to the extent it includes late fees, late charges, over the limit fees, penalty interest fees, check-by-phone fees, and other similar fees and charges, and in connection with any proof of claim filed in this case the debtor asks the creditor or the representative of creditor to provide written notice containing: (1) the amount of the debt, including principal and interest; (2) the name of the original creditor to whom the debt is owed and the original account number; (3) a copy of the application for credit or original credit agreement; (4) a copy of each of the last 6 monthly billing statements; and (5) a complete itemized life of loan transactional history transaction history. Please note that the debtor reserves the right to object to any Proof of Claim filed without this information and otherwise not consistent with Rule 3001(c) of the Rules of Bankruptcy Procedure.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Vivian Acevedo-Fonseca |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases    **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.   You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 Any Creditor With Arbitration Clause Provisions | Debtor specifically rejects any contractual provisions relating to claim arbitration for any debts as indicated in the schedules attached hereto and incorporated herein by reference. |
| 2.2 Verizon Wireless<br>Attn: Bankruptcy Administration<br>500 Technology Drive #550<br>Saint Charles, MO 63304-2225 | Annual cellular service contract<br>Monthly payment amount $339.13<br>Debtor to continue to pay according to terms of contract. |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Vivian Acevedo-Fonseca |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☒ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>Number     Street<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>Number     Street<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1     Vivian Acevedo-Fonseca

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter
   13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
**12/15**

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| **Part 1:** | **Describe Employment** |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| | **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | Associate Director | |
| | **Employer's name** | Bristol Myers Sqibb | |
| | **Employer's address** | 5 Giralda Farms<br>Madison, NJ 07940 | |
| | **How long employed there?** | 21 Years | |

| **Part 2:** | **Give Details About Monthly Income** |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 24,804.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 24,804.00 | $ N/A |

Debtor 1 ___Vivian Acevedo-Fonseca_____   Case number (*if known*) _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ................................................................. | 4. | $ 24,804.00 | $ N/A |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 8,440.92 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. | **Insurance** | 5e. | $ 454.33 | $ N/A |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. | **Other deductions.** Specify: Health Savings Account | 5h.+ | $ 173.33 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.   $ 9,068.58    $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.   $ 15,735.42    $ N/A

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.   $ 0.00    $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.    10.   $ 15,735.42 + $ N/A = $ 15,735.42
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.   $ 15,735.42

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain:   Income includes Debtor's pro-rated annual bonus

**Fill in this information to identify your case:**

Debtor 1    Vivian Acevedo-Fonseca

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13
   expenses as of the following date:
   _____
   MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☒ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

         ☐ No
         ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No

    Do not list Debtor 1 and    ☒ Yes.
    Debtor 2.

    Do not state the
    dependents names.

| Fill out this information for each dependent.............. | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | Son | 19 | ☐ No ☒ Yes |
| | Daughter | 14 | ☐ No ☒ Yes |
| | Daughter | 14 | ☐ No ☒ Yes |
| | | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4.  $ 3,615.48 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a.  $ 1,954.47 |
| 4b. | Property, homeowner's, or renter's insurance | 4b.  $ 608.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c.  $ 160.00 |
| 4d. | Homeowner's association or condominium dues | 4d.  $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5.  $ 1,137.86 |
| 6. | **Utilities:** | |
| 6a. | Electricity, heat, natural gas | 6a.  $ 650.00 |
| 6b. | Water, sewer, garbage collection | 6b.  $ 310.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c.  $ 607.30 |
| 6d. | Other. Specify: _____ | 6d.  $ 0.00 |

Debtor 1    Vivian Acevedo-Fonseca                                  Case number (if known) _____

| | | | |
|---|---|---|---|
| 7. | **Food and housekeeping supplies** | 7. $ | 900.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 400.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 150.00 |
| 10. | **Personal care products and services** | 10. $ | 150.00 |
| 11. | **Medical and dental expenses** | 11. $ | 150.00 |

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.                                12. $                250.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**     13. $                300.00
14. **Charitable contributions and religious donations**                14. $                  0.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | |
|---|---|---|---|
| 15a. | Life insurance | 15a. $ | 0.00 |
| 15b. | Health insurance | 15b. $ | 0.00 |
| 15c. | Vehicle insurance | 15c. $ | 1,076.00 |
| 15d. | Other insurance. Specify: | 15d. $ | 0.00 |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____                              16. $                  0.00

17. **Installment or lease payments:**

| | | | |
|---|---|---|---|
| 17a. | Car payments for Vehicle 1 | 17a. $ | 1,339.15 |
| 17b. | Car payments for Vehicle 2 | 17b. $ | 374.34 |
| 17c. | Other. Specify: | 17c. $ | 0.00 |
| 17d. | Other. Specify: | 17d. $ | 0.00 |

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18. $    0.00
19. **Other payments you make to support others who do not live with you.**        $    0.00
Specify: _____                              19.

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. $ | 0.00 |
| 20b. | Real estate taxes | 20b. $ | 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |

21. **Other:** Specify:

| | | |
|---|---|---|
| Amazon Prime | 21. +$ | 15.98 |
| Netflix | +$ | 26.00 |
| Home Office Supplies | +$ | 30.00 |
| Food Away From Home | +$ | 200.00 |
| YMCA Membership | +$ | 101.00 |

22. **Calculate your monthly expenses**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | $ | 14,505.58 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 14,505.58 |

23. **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 15,735.42 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 14,505.58 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | 1,229.84 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes.     Explain here: _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Vivian Acevedo-Fonseca | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Sign Below** |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes.  Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X /s/ Vivian Acevedo-Fonseca                                    X _____
Vivian Acevedo-Fonseca                                              Signature of Debtor 2
Signature of Debtor 1

Date    April 22, 2026                                              Date _____

---

Official Form 106Dec                **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Vivian Acevedo-Fonseca | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.   If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1.    What is your current marital status?**

☐ Married
☒ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

☒ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☒ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2 | Explain the Sources of Your Income |
|---|---|

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips | $113,688.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year:** **(January 1 to December 31, 2025 )** | ☒ Wages, commissions, bonuses, tips | $275,005.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   Vivian Acevedo-Fonseca                          Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For the calendar year before that:** **(January 1 to December 31, 2024 )** | ☒ Wages, commissions, bonuses, tips | $241,038.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☒ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No.   Go to line 7.

☐ Yes   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☒ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.

☒ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Pennymac Loan Services, LLC PO Box 514387 Los Angeles, CA 90051-4387 | 01/16/2026 ($3,615.48) 02/17/2026 ($3,615.48) 04/15/2026 ($3,615.48) | $10,846.44 | $731,238.00 | ☒ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other__ |
| Central Loan Administration/CENLAR PO Box 77404 Ewing, NJ 08628-6404 | 01/05/2026 ($1,137.86) 02/05/2026 ($1,108.29) 03/17/2026 ($1,180.88) | $3,427.03 | $149,826.00 | ☒ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other__ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor 1    Vivian Acevedo-Fonseca _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Cherry Technologies Inc<br>2261 Market St<br>Suite 4869<br>San Francisco, CA 94114-1612 | 12/19/2025<br>($323.25)<br>01/20/2026<br>($323.25) | $646.50 | $1,249.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☒ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| Best Egg<br>PO Box 42912<br>Philadelphia, PA 19101-2912 | 12/24/2025<br>($778.24)<br>01/26/2026<br>($778.24) | $1,556.48 | $18,748.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☒ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| NetCredit<br>175 W Jackson Blvd<br>Suite 600<br>Chicago, IL 60604-2615 | 12/26/2025<br>($229.52)<br>01/09/2026<br>($229.52)<br>01/23/2026<br>($229.52) | $688.56 | $6,656.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☒ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| Capital One Auto Finance<br>Attn: Bankruptcy<br>7933 Preston Road<br>Plano, TX 75024 | 12/31/2025<br>($350.39)<br>02/02/2026<br>($350.39)<br>03/02/2026<br>($350.39) | $1,015.17 | $0.00 | ☐ Mortgage<br>☒ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| Capital One Auto Finance<br>7933 Preston Road<br>Plano, TX 75024 | 01/05/2026<br>($299.49)<br>02/04/2026<br>($299.49) | $598.98 | $0.00 | ☐ Mortgage<br>☒ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| Chase Auto Finance<br>700 Kansas Ln<br>LA4-4025<br>Monroe, LA 71203 | 12/31/2025<br>($1,353.23)<br>02/02/2026<br>($1,353.23)<br>03/03/2026<br>($1,353.23) | $4,059.69 | $50,762.00 | ☐ Mortgage<br>☒ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| Discover Financial<br>PO Box 30939<br>Salt Lake City, UT 84130-0939 | 12/19/2025<br>($425.00)<br>01/21/2026<br>($384.00) | $809.00 | $16,428.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☒ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| Ally Financial<br>Attn: Bankruptcy<br>Po Box 380901<br>Bloomington, MN 55438 | 02/18/2026<br>($374.34)<br>03/17/2026<br>($374.34)<br>04/17/2026<br>($374.34) | $1,123.02 | $20,406.14 | ☐ Mortgage<br>☒ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |

Official Form 107                    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    page **3**

| Debtor 1 | Vivian Acevedo-Fonseca | Case number (if known) | |
|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No
☒ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| C. Pumarejo<br>3 Cove Road<br>Hazlet, NJ 07730 | 01/2026 | $1,000.00 | $0.00 | Personal loan |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☒ No
☐ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☒ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☒ No
☐ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | Vivian Acevedo-Fonseca | Case number *(if known)* | |
|---|---|---|---|

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>**Charity's Name**<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes.   Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Law Offices of Andy Winchell, PC<br>90 Washington Valley Road<br>Bedminster, NJ 07921<br>www.winchelaw.com | Attorney retention payment | 01/23/2026<br>($500.00)<br>03/13/2026<br>($20,000.00) | $20,500.00 |
| Abacus Credit Counseling<br>17337 Ventura Blvd.<br>Suite 205<br>Encino, CA 91316<br>www.abacuscc.org | Pre-filing credit counseling | 03/25/2026 | $25.00 |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | Vivian Acevedo-Fonseca | Case number *(if known)* |
|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☒ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Wells Fargo Bank, N.A. P.O. Box 1629 Minneapolis, MN 55440-9790 | **XXXX**-9157 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 04/20/2026 | $694.52 |
| Wells Fargo Bank, N.A. P.O. Box 1629 Minneapolis, MN 55440-9790 | **XXXX**-2373 | ☐ Checking<br>☒ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 04/20/2026 | $0.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

☒ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

☒ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | Vivian Acevedo-Fonseca | Case number *(if known)* |
|---|---|---|

to own, operate, or utilize it, including disposal sites.

☒ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:  Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☒ No. None of the above applies.   Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor 1   Vivian Acevedo-Fonseca | Case number *(if known)* |
|---|---|

---

**Part 12:**   **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Vivian Acevedo-Fonseca

Vivian Acevedo-Fonseca
**Signature of Debtor 1**

**Signature of Debtor 2**

**Date**   April 22, 2026

**Date**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Fill in this information to identify your case: |
| --- |

Debtor 1     Vivian Acevedo-Fonseca

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   District of New Jersey

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122B
## Chapter 11 Statement of Your Current Monthly Income          **12/21**

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

| **Part 1:** | **Calculate Your Current Monthly Income** |
| --- | --- |

1. **What is your marital and filing status?** Check one only.

   ☒ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
| --- | --- | --- | --- |
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 26,713.54 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

   | | Debtor 1 | Debtor 2 |
   | --- | --- | --- |
   | Gross receipts (before all deductions) | $ 0.00 | |
   | Ordinary and necessary operating expenses | -$ 0.00 | |
   | Net monthly income from a business, profession, or farm $ 0.00 **Copy here ->** | $ 0.00 | $ |

6. **Net income from rental and other real property**

   | | Debtor 1 | Debtor 2 |
   | --- | --- | --- |
   | Gross receipts (before all deductions) | $ 0.00 | |
   | Ordinary and necessary operating expenses | -$ 0.00 | |
   | Net monthly income from rental or other real property $ 0.00 **Copy here ->** | $ 0.00 | $ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    Vivian Acevedo-Fonseca                                              Case number (*if known*) _____

|  |  | Column A<br>**Debtor 1** | Column B<br>**Debtor 2** |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. | **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you .................................................................$      0.00

For your spouse......................................................$ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ 0.00    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| _____ | $ _____ | $ _____ |
|---|---|---|
| _____ | $ 0.00 | $ _____ |
| Total amounts from separate pages, if any. | **+** $ 0.00 | $ _____ |

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$ 26,713.54   **+** $ _____   **=** $ 26,713.54

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

Debtor 1     Vivian Acevedo-Fonseca                                    Case number (*if known*)

---

**Part 2:**     **Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** /s/ Vivian Acevedo-Fonseca
Vivian Acevedo-Fonseca
Signature of Debtor 1

Date   April 22, 2026
MM / DD  / YYYY

---

Official Form 122B                    **Chapter 11 Statement of Your Current Monthly Income**                    **page 3**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    Vivian Acevedo-Fonseca                                    Case number (*if known*) _____

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period 10/01/2025 to 03/31/2026.

Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions
Source of Income: Bristol Myers Squibb
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 10/2025 | $15,520.60 |
| 5 Months Ago: | 11/2025 | $15,520.60 |
| 4 Months Ago: | 12/2025 | $15,551.97 |
| 3 Months Ago: | 01/2026 | $23,353.81 |
| 2 Months Ago: | 02/2026 | $15,562.14 |
| Last Month: | 03/2026 | $74,772.15 |
| | Average per month: | $26,713.55 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

---

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

---

**Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)**                                                                                                    page **2**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                                                  Best Case Bankruptcy

**Read These Important Warnings**

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### District of New Jersey

In re    Vivian Acevedo-Fonseca                    Case No. _____
                                                                       Debtor(s)     Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ....................................................... $       430.00/hour

    Prior to the filing of this statement I have received ........................................ $       20,500.00

    Balance Due ....................................................................................................... $       See Below

2.  The source of the compensation paid to me was:

    ☒ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor     ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [List other provisions as needed:]
        $430/hour Attorney Fee* $125/hour Paralegal Fee*
        *Subject to periodic increases
        Expenses as accrued
        Amount due to be determined after the filing of fee applications and court approval.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| April 22, 2026 | /s/ Andy Winchell |
|---|---|
| *Date* | Andy Winchell 025062009 |
| | *Signature of Attorney* |
| | Law Offices of Andy Winchell PC |
| | 90 Washington Valley Road |
| | Bedminster, NJ 07921 |
| | (973) 457-4710   Fax: |
| | andy@winchlaw.com |
| | *Name of law firm* |

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                   Best Case Bankruptcy

# United States Bankruptcy Court
## District of New Jersey

In re    Vivian Acevedo-Fonseca                                      Case No.
                                    Debtor(s)            Chapter        11


# VERIFICATION OF CREDITOR MATRIX


The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date:    April 22, 2026                      /s/ Vivian Acevedo-Fonseca
                                             Vivian Acevedo-Fonseca
                                             Signature of Debtor

Affirm Inc
650 California Street
San Francisco, CA 94108


Ally Financial
Attn: Bankruptcy
Po Box 380901
Bloomington, MN 55438


Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803


BCA Financial Services
18001 Old Cutler Road
Suite 462
Miami, FL 33157


Best Egg
PO Box 42912
Philadelphia, PA 19101-2912


Business Revenue Systems Inc.
3030 Lake Ave.
Suite 20
Fort Wayne, IN 46805


CENLAR
Attn: Bankruptcy
425 Phillips Blvd
Ewing, NJ 08618-1430


Central Loan Administration/CENLAR
PO Box 77404
Ewing, NJ 08628-6404


Chase Auto Finance
700 Kansas Ln
LA4-4025
Monroe, LA 71203


Cherry Technologies Inc
2261 Market St
Suite 4869
San Francisco, CA 94114-1612


Comenity/Alphaeoncos
PO Box 182120
Columbus, OH 43218-2120


Envision Healthcare
P.O. Box 5047
Oak Brook, IL 60522


First Energy Corp.
341 White Pond Drive
Akron, OH 44320

Fortiva
P.O. Box 790156
Saint Louis, MO 63179


Greensky, LLC.
5565 Glenridge Connector
Atlanta, GA 30342-4756


Impact Medical
44 State Route 33
Suite 6
Riverdale, NJ 07457


Lightstream by Truist
P.O. Box 117320
Atlanta, GA 30368


Mohela/dofed
633 Spirit Dr
Chesterfield, MO 63005-1243


Morristown Medical Center
100 Madison Avenue
Morristown, NJ 07960


NetCredit
175 W Jackson Blvd
Suite 600
Chicago, IL 60604-2615


Onemain
PO Box 1010
Evansville, IN 47706-1010


Pennymac Loan Services, LLC
PO Box 514387
Los Angeles, CA 90051-4387


Prosper Funding LLC
221 Main St
Suite 300
San Francisco, CA 94105-1906


PSE&G
Attn: Bankruptcy
P.O. Box 709
Newark, NJ 07101-0709


Radius Global Solutions LLC
P.O. Box 390915
Minneapolis, MN 55439


Steven Moskowitz, MD
556 Central Avenue
New Providence, NJ 07974

Synchrony Bank/Care Credit
PO Box 71757
Philadelphia, PA 19176


Synchrony/Paypal Credit
PO Box 71727
Philadelphia, PA 19176


Unlock Technology
1230 W. Washington Street
Suite 310
Tempe, AZ 85288


Upstart Finance
PO Box 1503
San Carlos, CA 94070-7503


Verizon Wireless
Attn: Bankruptcy Administration
500 Technology Drive #550
Saint Charles, MO 63304-2225


Wells Fargo Bank NA
PO Box 393
Minneapolis, MN 55480-0393


Wells Fargo Bank, N.A.
P.O. Box 393
Minneapolis, MN 55480