UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Nichole L. Glowin
ZBS Law, LLP
30 Corporate Park, Suite 450
Irvine, CA 92606
Telephone: (714) 848-7920
bankruptcy@zbslaw.com
Attorneys for Secured Creditor

| | |
|---|---|
| In re:<br><br>Vivian Acevedo-Fonseca,<br><br>Debtor | Case No. 26-14437-CMG<br><br>Chapter 11<br><br>Judge: Christine M. Gravelle |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Unlock Partnership Solutions AO1, Inc.. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
ZBS Law, LLP
30 Corporate Park, Suite 450
Irvine, CA 92606

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date:   April 30, 2026          /s/ *Nichole L. Glowin*
Nichole L. Glowin
ZBS Law, LLP
30 Corporate Park, Suite 450
Irvine, CA 92606
Telephone: (714) 848-7920
bankruptcy@zbslaw.com
Attorneys for Secured Creditor

NOA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Nichole L. Glowin
ZBS Law, LLP
30 Corporate Park, Suite 450
Irvine, CA 92606
Telephone: (714) 848-7920
bankruptcy@zbslaw.com
Attorneys for Secured Creditor

In re:

Vivian Acevedo-Fonseca,

                                                 Debtor

Case No. 26-14437-CMG

Chapter 11

Judge: Christine M. Gravelle

## CERTIFICATE OF SERVICE

I, Katherine Kellams, declare that:

I am employed by ZBS Law. LLP. My business address is: 30 Corporate Park, Suite 450, Irvine, CA 92606. I am over the age of eighteen years and not a party to this cause.

On April 30, 2026, I caused the **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** to be served by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail, addressed as follows:

Via U.S. First Class Mail
*Debtor*
Vivian Acevedo-Fonseca
21 Laurelwood Drive
Bernardsville, NJ 07924

Via CM.ECF Electronic Service
*Attorney for Debtor*
**Andy Winchell- andy@winchlaw.com**

*Counsel US Trustee*
**Rachel Wolf- rachel.wolf@usdoj.gov**

*United States Trustee*
**United States Trustee- USTPRegion03.NE.ECF@usdoj.gov**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 30, 2026

_/s/ Katherine Kellams_____
Katherine Kellams

NOA