**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF NEW JERSEY**

IN THE MATTER OF:                                Chapter 11

Vivian Acevedo-Fonseca                           Case No.: 26-14437 (CMG)

Debtor.

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

( )   Debtor's petition/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

**(X)   No unsecured creditor response to the United States Trustee communication/ contact for service on the committee.**

( )   Insufficient response to the United States Trustee communication/contact for service on the committee.

( )   No unsecured creditor interest

( )   Non-operating debtor-in-possession -  No creditor interest.

( )   Application to convert to Chapter 7 or to dismiss pending.

( )   Converted or dismissed.

( )   Other:

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 & 9**

/s/    *Lauren Bielskie*
Lauren Bielskie
Acting Assistant United States Trustee

Rachel Wolf
Trial Attorney

DATED: May 5, 2026