UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Andy Winchell, PC
90 Washington Valley Road
Bedminster, New Jersey 07921
Telephone No. (973) 457-4710
andy@winchlaw.com
By: Andy Winchell [AW-6590]

**Order Filed on May 16, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Vivian Acevedo-Fonseca

Debtor

Case No.: _____26-14437_____

Chapter: _____11_____

Judge: Hon. Christine M Gravelle

**ORDER AUTHORIZING RETENTION OF
LAW OFFICES OF ANDY WINCHELL, P.C.
AS GENERAL RESTRUCTURING COUNSEL TO THE DEBTOR**

The relief set forth on the following page is **ORDERED**.

**DATED: May 16, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ____Law Offices of Andy Winchell PC____

as __General Restructuring Counsel to the Debtor__, it is hereby ORDERED:

1.       The applicant is authorized to retain the above party in the professional capacity noted.

         The professional's address is:   Law Offices of Andy Winchell, PC

                90 Washington Valley Road

                Bedminster, New Jersey 07921

2.       Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.       If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

      ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

      ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.       The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*