UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Andy Winchell, PC
90 Washington Valley Road
Bedminster, New Jersey 07921
Telephone No. (973) 457-4710
andy@winchlaw.com
By: Andy Winchell [AW-6590]

Order Filed on May 16, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Vivian Acevedo-Fonseca

Debtor

Case No.: _____26-14437_____

Chapter: _____11_____

Judge: Hon. Christine M Gravelle

## ORDER AUTHORIZING RETENTION OF
## LAW OFFICES OF ANDY WINCHELL, P.C.
## AS GENERAL RESTRUCTURING COUNSEL TO THE DEBTOR

The relief set forth on the following page is **ORDERED**.

**DATED: May 16, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Law Offices of Andy Winchell PC___

as ___General Restructuring Counsel to the Debtor___, it is hereby ORDERED:

1.    The applicant is authorized to retain the above party in the professional capacity noted.

 The professional's address is: ___Law Offices of Andy Winchell, PC___

 ___90 Washington Valley Road___

 ___Bedminster, New Jersey 07921___

2.    Compensation will be paid in such amounts as may be allowed by the Court on proper

 application(s).

3.    If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

 ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

 ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter

 13 case. Payment to the professional may only be made after satisfactory completion of

 services.

4.    The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 26-14437-CMG

Vivian Acevedo-Fonseca                                                                    Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 18, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

**Recip ID                    Recipient Name and Address**
db                        +  Vivian Acevedo-Fonseca, 21 Laurelwood Drive, Bernardsville, NJ 07924-2116

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2026 at the address(es) listed below:**

**Name                                Email Address**

Andy Winchell
                                        on behalf of Debtor Vivian Acevedo-Fonseca andy@winchlaw.com
                                        awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

Matthew K. Fissel
                                        on behalf of Creditor Alliant Credit Union bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Rachel Wolf
                                        on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov

U.S. Trustee
                                        USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
                                        on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

TOTAL: 5