Form 226 − 3004claimntc.jsp

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 26−14437−CMG
Chapter: 11
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Vivian Acevedo−Fonseca
aka Vivian Fonseca
21 Laurelwood Drive
Bernardsville, NJ 07924

Social Security No.:
xxx−xx−2357

Employer's Tax I.D. No.:

---

**Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004**

Please be advised that Andy Winchell on behalf of the debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on July 29, 2026.

Unlock Partnership Solutions AOI Inc

Dated: July 30, 2026
JAN: mrg

Jeanne Naughton
Clerk